The relief described hereinbelow is SO ORDERED.

Signed August 13, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WM PROPERTIES, LTD., | § | CASE NO. 10-60918-RBK |
| | § | |
| Debtor. | § | Chapter 11 |

## ORDER

Came on for consideration, Pacific Mercantile Bancorp's *Motion for Expedite Hearing on Its Emergency Motion to Prohibit Use of Cash Collateral* (the "Motion"), and the Court, having reviewed and considered the Motion, finds that it is meritorious and should be granted. It is, therefore:

ORDERED that a hearing shall be set for August 31, 2010 at 1:30 p.m. by TVC in Waco.

# # #

Order prepared and submitted by:

Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6109
Facsimile: (512) 226-7103

ATTORNEYS FOR PACIFIC MERCANTILE BANCORP