The relief described hereinbelow is SO ORDERED.

Signed August 24, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WM PROPERTIES, LTD., | § | CASE NO. 10-60918-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER GRANTING MOTION
FOR ADMISSION *PRO HAC VICE***

On this date came on to be considered the "Motion for Admission *Pro Hac Vice*" filed by **Leonard M. Ross** of the law firm of L.M. Ross, a Professional Law Corporation, 1011 1/2 North Beverly Drive, Beverly Hills, California 90210, 310.271.9660 (Court document #17), and it appears to the Court that said Motion has merit.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced attorney is hereby granted admission to the United States District Court for the Western District of Texas for the limited purpose of practicing before this Court in the above-referenced case on behalf of **Debtor, WM Properties, Ltd**. This Order shall not be considered admission to practice generally before this Court or the United States District Court.

# # #