The relief described hereinbelow is SO ORDERED.

Signed September 16, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WM PROPERTIES, LTD., | § | CASE NO. 10-60918-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**ORDER DISMISSING JOINT MOTION AS WITHDRAWN**

On this day came on to be considered ***Debtor's*** "Joint Motion for Joint Administration of Cases" (Court document #5), and it appears to the Court that the Motion should be dismissed as withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Joint Motion for Joint Administration* is hereby **DISMISSED AS WITHDRAWN**.

# # #