UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Petition Date: 7/28/2010

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH August YEAR 2010

| MONTH | August | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 4527 | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 4527 | | | | | |
| NET INCOME (LOSS) (MOR-6) | (58) | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 4585 | | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***
CIRCLE ONE

Are all accounts receivable being collected within terms? (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No) If so, describe

Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization?
PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE Vice President of Rossco Holdings Inc.
(GP of WM Properties)

*REQUIRED INSURANCE MAINTAINED*
*AS OF SIGNATURE DATE*   EXP.
                         DATE
CASUALTY   YES(✓)NO( )   9.20.10
LIABILITY  YES(✓)NO( )   9.20.10
VEHICLE    YES(✓)NO( )   9.20.10
WORKER'S   YES(✓)NO( )   9.20.10
OTHER      YES(✓)NO( )

ATTORNEY NAME: ~~Ronald L. Pearson~~ MICHAEL MCCONNELL
FIRM: ~~Pearson & Pearson~~ KELLY HART & HALLMAN LLP
ADDRESS: ~~2705 Bird Creek Terrace~~ 201 MAIN ST. #2500
ADDRESS:
CITY, STATE ZIP: ~~Temple, TX 76502-4084~~ FORT WORTH, TX 76102
TELEPHONE: ~~(254) 778-0600  254-778-0500~~
(817) 332-2500

MOR-1

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 7/28/2010 | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | | |
| Cash (ACTUAL) | 78 | 270 | | | | | | |
| Accounts Receivable, Net | 0 | 0 | | | | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | | | | | | |
| Prepaid Expenses | 0 | 0 | | | | | | |
| Investments WTR PROPERTIES LTD (bok) | 723,514 | 723,514 | | | | | | |
| Other RECEIVABLES - INSIDERS | 485,247 | 485,247 | | | | | | |
| TOTAL CURRENT ASSETS | 1,208,839 | 1,209,031 | | | | | | |
| PROPERTY, PLANT&EQUIP. @ COST | 0 | 0 | | | | | | |
| Less Accumulated Depreciation | 0 | 0 | | | | | | |
| NET BOOK VALUE OF PP & E | 0 | 0 | | | | | | |
| OTHER ASSETS: | | | | | | | | |
| 1. Tax Deposits | 0 | 0 | | | | | | |
| 2. Investments in Subs | 0 | 0 | | | | | | |
| 3. LAND (COST BASIS) | 874,340 | 874,340 | | | | | | |
| 4. (attach list) UNAMORTIZED LOAN FEES | 2,590 | 2,067 | | | | | | |
| TOTAL ASSETS | 2,085,769 | 2,085,438 | | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 6/14/96

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/28/2010 | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | 0 | 250 | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | | |
| Notes Payable-Secured | 2,487,313 | 2,487,313 | | | | | | |
| Priority Debt (Property Taxes) | 5,838 | 5,838 | | | | | | |
| Federal Income Tax | 0 | 0 | | | | | | |
| FICA/Withholding | 0 | 0 | | | | | | |
| Unsecured Debt | 13,673 | 13,673 | | | | | | |
| Other Insiders Debts | 1,691,676 | 1,691,676 | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 4,198,500 | 4,198,500 | | | | | | |
| **TOTAL LIABILITIES** | 4,198,500 | 4,198,750 | | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | | |
| PREFERRED STOCK | 0 | 0 | | | | | | |
| COMMON STOCK | 0 | 0 | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0 | 0 | | | | | | |
| RETAINED EARNINGS: Filing Date | (2,112,731) | (2,113,312) | | | | | | |
| RETAINED EARNINGS: Post Filing Date | 0 | (2,113,312) | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | (2,112,731) | (2,113,312) | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 2,085,769 | 2,085,438 | | | | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: WM Properties, Ltd.  
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH AUGUST | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | | |
| TAX PAYABLE: | | | | | | | |
| Federal Payroll Taxes | | | | | | | |
| State Payroll & Sales | | | | | | | |
| Ad Valorem Taxes | | | | | | | |
| Other Taxes | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | | |
| 1. ADVANCE BY BCSK (TO OPEN DIP ACCTS) (INS.092) | 250 | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | 250 | | | | | | |

* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

## AGING OF POST-PETITION LIABILITIES
MONTH August

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 250 | 0 | 0 | 0 | 0 | 250 (To Fund DIP Accts) |
| 31-60 | 0 | 0 | 0 | 0 | 0 | 0 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 250 | 0 | 0 | 0 | 0 | 250 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0 | | | | | |
| 31-60 DAYS | 0 | | | | | |
| 61-90 DAYS | 0 | | | | | |
| 91+ DAYS | 0 | | | | | |
| TOTAL | 0 | | | | | |

MOR-5

Revised 8/14/96

CASE NAME: WM Properties, Ltd.  
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# STATEMENT OF INCOME (LOSS)

| MONTH | August | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 4527 | | | | | | | |
| TOTAL COST OF REVENUES | 0 | | | | | | | |
| GROSS PROFIT | 4527 | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | |
| Selling & Marketing | 0 | | | | | | | |
| General & Administrative | 0 | | | | | | | |
| Insiders Compensation | 0 | | | | | | | |
| Professional Fees | 0 | | | | | | | |
| Other (attach list) | 0 | | | | | | | |
| TOTAL OPERATING EXPENSES | 0 | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 4527 | | | | | | | |
| INTEREST EXPENSE | 4585 | | | | | | | |
| DEPRECIATION (AMORTIZATION) | 523 | | | | | | | |
| OTHER (INCOME) EXPENSE* LOAN FEE | 0 | | | | | | | |
| OTHER ITEMS** | 0 | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 5108 | | | | | | | |
| NET INCOME BEFORE TAXES | (581) | | | | | | | |
| FEDERAL INCOME TAXES | 0 | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | (581) | | | | | | | |

Accrual Accounting Required, Otherwise Footnote With Explanation  
* Footnote Mandatory  
** Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote

MOR-6

Revised 8/14/96

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 78 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 4527 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | | | | | | |
| 4. LOANS & ADVANCES (attach list) To Fund DIP Accts | 250 | | | | | | |
| 5. SALE OF ASSETS (BCSK-INS 1040) | 0 | | | | | | |
| 6. OTHER (attach list) | 0 | | | | | | |
| TOTAL RECEIPTS | 4777 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | 0 | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0 | | | | | | |
| 8. PAYROLL TAXES PAID | 0 | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 0 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 0 | | | | | | |
| 11. UTILITIES | 0 | | | | | | |
| 12. INSURANCE | 0 | | | | | | |
| 13. INVENTORY PURCHASES | 0 | | | | | | |
| 14. VEHICLE EXPENSES | 0 | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 0 | | | | | | |
| 18. OTHER (attach list) | 0 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | | | | | | |
| 19. PROFESSIONAL FEES | 0 | | | | | | |
| 20. U.S. TRUSTEE FEES | 0 | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) INT. | 4585 | | | | | | |
| TOTAL DISBURSEMENTS | 4585 | | | | | | |
| 22. NET CASH FLOW | 192 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 270 | | | | | | |

MOR-7   *Applies to Individual debtor's only.   Revised 6/14/96

\* INTEREST EXP. TO PACIFIC
  MERCANTILE BANK (3 MONTHS)

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

## CASH ACCOUNT RECONCILIATION
## MONTH OF August

| BANK NAME | WELLS FARGO | NON D.I.P. | WELLS FARGO | WELLS FARGO | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #9245844262 | # ACCTS | #9245844270 | #6022611685b | |
| ACCOUNT TYPE | (D.I.P.) OPERATING | CLOSED | (D.I.P) TAX | (D.I.P) DEPOSITORY OTHER FUNDS | TOTAL |
| BANK BALANCE | 100 | 0 | 128 | 42 | 270 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | 0 | 0 |
| OUTSTANDING CHECKS | 0 | 0 | 0 | 0 | 0 |
| ADJUSTED BANK BALANCE | 100 | 0 | 128 | 42 | 270 |
| BEGINNING CASH - PER BOOKS | 0 | 78 | 0 | 0 | 78 |
| RECEIPTS | 100 | 0 | 50 | 4627 | 4777 |
| TRANSFERS BETWEEN ACCOUNTS | 4585 | ⟨78⟩ | 78 | ⟨4585⟩ | 0 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | 0 | 0 |
| CHECKS/OTHER DISBURSEMENTS | 4585 | 0 | 0 | 0 | 4585 |
| ENDING CASH - PER BOOKS | 100 | 0 | 128 | 42 | 270 |

MOR-8

Revised 6/14/96

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | | | | | |

MOR-9

Revised 8/14/96