# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| WM PROPERTIES, LTD. | § § | CASE NO. 10-60918-rbk |
| Debtor. | § § | Chapter 11 |

## DEBTOR'S NOTICE OF FILING EXTENDED BUDGET

WM Properties, Ltd. ("Debtor") hereby files its proposed extended budget for October 2010 through July 2011 ("Budget"), pursuant to the Agreed Order Authorizing Debtor's Use of Cash Collateral, dated September 7, 2010 [Docket No. 43]. The attached Budget was forwarded to counsel for Pacific Mercantile Bank ("PMB") on September 20, 2010. PMB has not approved the proposed Budget at this time.

Respectfully submitted,

/s/ *Clay M. Taylor*
Michael A. McConnell
Texas Bar I.D. 13447300
Clay M. Taylor
Texas Bar I.D. 24033261
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

COUNSEL FOR WM PROPERTIES, LTD.

# WM PROPERTIES, LTD.
## MONTHLY BUDGET
### 8/1/10-7/31/11

| | Aug 2010 | Sept 2010 | Oct 2010 | Nov 2010 | Dec 2010 | Jan 2011 | Feb 2011 | Mar 2011 | April 2011 | May 2011 | June 2011 | July 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Lease Income | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 | $4,250.00 |
| Insurance Reimb | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 | 82.00 |
| Property Tax Reimb | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 | 424.00 |
| Admin. Fee | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Use of Reserve funds for prop taxes & insurance | 0.00 | 0.00 | 356.00 | 0.00 | 5,838.00 | 5,088.04 | 0.00 | 0.00 | 5,703.82 | 989.00 | 0.00 | 0.00 |
| Less:prior month credit | (379.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | $4,527.00 | $4,906.00 | $5,262.00 | $4,906.00 | $10,744.00 | $9,994.04 | $4,906.00 | $4,906.00 | $10,609.82 | $5,895.00 | $4,906.00 | $4,906.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Real Property Tax-Bell County | | | | | (5,838.00) | | | | | | | |
| Real Property Tax-Santa Barbara County | | | | | | (5,088.04) | | | (5,703.82) | | | |
| Accting/Data Proc & Reimb Costs to BCSK (8.5%) | | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) | (361.25) |
| Insurance | | | (356.00) | | | | | | | (989.00) | | |
| Reserve for Real Estate Taxes | 0.00 | (2,400.00) | (2,400.00) | (2,400.00) | (1,863.02) | (1,863.02) | (1,901.28) | (1,901.28) | (1,901.26) | (1,370.00) | (1,370.00) | (1,370.00) |
| Reserve for Insurance | | (178.00) | (178.00) | (142.00) | (142.00) | (142.00) | (142.00) | (142.00) | (142.00) | (142.00) | (85.00) | (85.00) |
| Franchise Tax Board | | | (800.00) | | | | | | (800.00) | | | |
| Trustee Fees | | (250.00) | | | | (250.00) | | | (250.00) | | | (250.00) |
| Total Expenses | 0.00 | (2,939.25) | (4,345.25) | (2,903.25) | (8,204.27) | (7,704.31) | (2,404.53) | (2,404.53) | (9,158.33) | (2,862.25) | (1,816.25) | (2,066.25) |
| **Provisional Operating Profit (Loss)** | $4,527.00 | $1,966.75 | $916.75 | $2,002.75 | $2,539.73 | $2,289.73 | $2,501.47 | $2,501.47 | $1,451.49 | $3,032.75 | $3,089.75 | $2,839.75 |
| Payment to PMB-6/23/10 payment | (1,843.29) | | | | | | | | | | | |
| Payment to PMB-7/23/10 payment | (1,348.75) | | | | | | | | | | | |
| Payment to PMB-8/23/10 payment | (1,393.76) | | | | | | | | | | | |
| Payment to PMB-9/23/10 payment | | (1,393.76) | | | | | | | | | | |
| Payment to PMB-10/23/10 payment | | | (1,348.75) | | | | | | | | | |
| Payment to PMB-11/23/10 payment | | | | (1,393.76) | | | | | | | | |
| Payment to PMB-12/23/10 payment | | | | | (1,348.75) | | | | | | | |
| Payment to PMB (approx) | | | | | | (1,395.00) | (1,395.00) | (1,395.00) | (1,395.00) | (1,395.00) | (1,395.00) | (1,395.00) |
| Advance by BCSK to open DIP accounts | 250.00 | | | | | | | | | | | |
| Advance by BCSK | | | | | | | | | | | | |
| Repay advances by BCSK | | (250.00) | | | | | | | | | | |
| **BEGINNING OF MONTH-CASH IN BANK** | $ 0 | $ 78.81 | $ 270.01 | $ 593.00 | $ 769.99 | $ 1,960.97 | $ 2,855.70 | $ 3,962.17 | $ 5,068.64 | $ 5,125.13 | $ 6,762.88 | $ 8,457.63 |
| **END OF MONTH-CASH IN BANK** | $ 78.81 | $ 270.01 | $ 593.00 | $ 769.99 | $ 1,960.97 | $ 2,855.70 | $ 3,962.17 | $ 5,068.64 | $ 5,125.13 | $ 6,762.88 | $ 8,457.63 | $ 9,902.38 |