The relief described hereinbelow is SO ORDERED.

Signed September 23, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| WM PROPERTIES, LTD | § | CASE NO. 10-60918-RBK |
| | § | |
| Debtor | § | Chapter 11 |

### ORDER DENYING
### MOTION TO DISMISS CASE

Came on for hearing on August 24, 2010 the United States Trustee's Motion to Dismiss Case. Counsel for the U.S. Trustee announced that, because the Debtor had obtained new counsel who are eligible to serve as counsel for the Debtor, the U.S. Trustee wanted to withdraw his Motion to Dismiss Case. It is therefore

ORDERED that the U.S. Trustee's Motion to Dismiss Case is denied as withdrawn.

###