The relief described hereinbelow is SO ORDERED.

Signed September 29, 2010.



Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| WM PROPERTIES, LTD., § | CASE NO. 10-60918-RBK |
| § | | |
| DEBTOR § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS WITHDRAWN**

On September 29, 2010, came on to be heard the *Motion to Dismiss Case* filed by **Charles F. McVay, United States Trustee for Region 7** (Court document #28), and it appears to the Court that the Motion should be dismissed as withdrawn.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Motion to Dismiss Case* is hereby **DISMISSED AS WITHDRAWN**.

# # #