**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 20, 2010.**



_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| COLONY LODGING, INC. | § | CASE NO. 10-60909 |
| MONTE NIDO ESTATES, LLC | § | CASE NO. 10-60920 |
| ROSSCO HOLDINGS, INC. | § | CASE NO. 10-60953 |
| WM PROPERTIES, LTD. | § | CASE NO. 10-60918 |
| | § | |
| DEBTORS. | § | CHAPTER 11 |
| | § | |

**AGREED AMENDED ORDER TRANSFERRING VENUE OF THE DEBTORS' BANKRUPTCY CASES TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)**

On October 12, 2010, the Court entered its *Order Transferring Venue of the Debtors' Bankruptcy Cases to the United States Bankruptcy Court for the Central District of California (Los Angeles Division)* (the "<u>Order</u>") in each of the above captioned Debtors'[1] cases. This order clarifies and amends the prior Order, which was immediately effective upon entry, to facilitate the most expeditious transfer of the Debtors' cases to the Bankruptcy Court for the Central District of California (Los Angeles Division).

---

[1] Capitalized terms not defined herein have the same meaning ascribed to them in the Order and Motion.

-1-

1. In order to facilitate the most expeditious transfer of the Debtors' cases, the Order is amended to allow the clerk of the Court to immediately enter closing orders for each of the Debtors without delay.

2. The entry of such closing orders will not prohibit any party from appealing the Order on or prior to October 26, 2010 in accordance with Federal Rule of Bankruptcy Procedure 8002(a).

####

LA:280789.3

Order prepared and submitted by:
Patricia B. Tomasco
State Bar No. 01797600
MUNSCH HARDT KOPF & HARR, P.C.
401 Congress Avenue, Suite 3050
Austin, Texas 78701
Telephone: (512) 391-6100
Facsimile: (512) 391-6149
Email: ptomasco@munsch.com

-and-

Justin E. Rawlins (admitted *pro hac vice*)
California State Bar No. 209915
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, California 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: jrawlins@winston.com

**ATTORNEYS FOR PACIFIC MERCANTILE BANK**

**AGREED TO:**

 */s/ Clay M. Taylor*
Clay M. Taylor
Texas Bar I.D. 24033261
clay.taylor@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: 817/332-2500
Telecopy: 817/878-9280

**ATTORNEYS FOR DEBTORS**