UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

Petition Date: 7/28/2010

CASE NUMBER: 10-60918-RBK

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH  Sept  YEAR 2010

| MONTH | August | Sept | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 4527 | 4906 | | | | |
| INCOME BEFORE INT, DEPREC/TAX (MOR-6) | 4527 | 4906 | | | | |
| NET INCOME (LOSS) (MOR-6) | ⟨581⟩ | 2989 | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 0 | 0 | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | 0 | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 4585 | 1394 | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY | YES(✓)/NO( ) |
| LIABILITY | YES(✓)/NO( ) |
| VEHICLE | YES(✓)/NO( ) |
| WORKER'S | YES(✓)/NO( ) |
| OTHER | YES(✓)/NO( ) |

} (ALL CURRENT)

Are all post-petition accounts receivable being collected within terms? (Yes) No
Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Have any pre-petition liabilities been paid? Yes (No) If so, describe
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization? PLAN TO BE FILED WITHIN EXCLUSIVITY PERIOD

ATTORNEY NAME: ~~Ronald E. Pearson~~ MICHAEL MCCONNELL
FIRM: ~~Pearson & Pearson~~ KELLY HART & HALLMAN LLP
ADDRESS: ~~2107 Bird Creek Terrace~~ 201 MAIN ST #2500
CITY, STATE ZIP: ~~Temple, TX 76502-4403~~ FORT WORTH, TX 76102
TELEPHONE: ~~254-758-6686, 254-778-0600~~
(817) 332-2500

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED [signature]
(ORIGINAL SIGNATURE)

TITLE Vice President of Rossco
Holdings (G.P. of WM Properties, LTD.)

MOR-1

CASE NAME: WM Properties, Ltd.
c/o Rosco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 7/28/2010 | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash (ACTUAL) | 78 | 270 | 3782 | | | | | |
| Accounts Receivable, Net | 0 | 0 | 0 | | | | | |
| Inventory: Lower of Cost or Market | 0 | 0 | 0 | | | | | |
| Prepaid Expenses | 0 | 0 | 0 | | | | | |
| Investments WM Properties, LTD (book) | 723,514 | 723,514 | 723,514 | | | | | |
| Other Receivables - Insiders | 485,247 | 485,247 | 485,247 | | | | | |
| **TOTAL CURRENT ASSETS** | 1,208,839 | 1,209,031 | 1,212,543 | | | | | |
| PROPERTY, PLANT & EQUIP. @ COST | 0 | 0 | | | | | | |
| Less Accumulated Depreciation | 0 | 0 | 0 | | | | | |
| NET BOOK VALUE OF PP & E | 0 | 0 | 0 | | | | | |
| **OTHER ASSETS:** | | | | | | | | |
| 1. Tax Deposits | 0 | 0 | 0 | | | | | |
| 2. Investments in Subs | 0 | 0 | 0 | | | | | |
| 3. LAND (COST BASIS) | 814,340 | 874,340 | 874,340 | | | | | |
| 4. (attach list) UNAMORTIZED LOAN FEES | 3,590 | 2,067 | 1,544 | | | | | |
| **TOTAL ASSETS** | 2,085,769 | 2,085,438 | 2,088,427 | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 6/14/96

CASE NAME: WM Properties, Ltd.
c/o Rosco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/28/2010 | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | 0 | 250 | 250 | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 2,487,313 | 2,487,313 | 2,487,313 | | | | |
| Priority Debt (Property Taxes) | 5,838 | 5,838 | 5,838 | | | | |
| Federal Income Tax | 0 | 0 | 0 | | | | |
| FICA/Withholding | 0 | 0 | 0 | | | | |
| Unsecured Debt | 13,673 | 13,673 | 13,673 | | | | |
| Other Insurance Debts | 1,691,676 | 1,691,676 | 1,691,676 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 4,198,500 | 4,198,500 | 4,198,500 | | | | |
| **TOTAL LIABILITIES** | 4,198,500 | 4,198,750 | 4,198,750 | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | 0 | 0 | 0 | | | | |
| COMMON STOCK | 0 | 0 | 0 | | | | |
| ADDITIONAL PAID-IN CAPITAL | 0 | 0 | 0 | | | | |
| RETAINED EARNINGS: Filing Date | ⟨2,112,731⟩ | ⟨2,112,731⟩ | ⟨2,112,731⟩ | | | | |
| RETAINED EARNINGS: Post Filing Date | 0 | ⟨582⟩ | 2408 | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | ⟨2,112,731⟩ | ⟨2,113,312⟩ | ⟨2,110,323⟩ | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 2,085,769 | 2,085,438 | 2,088,427 | | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: WM Properties, Ltd.
c/o Rosco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. ADVANCE BY BCSK (TO OPEN Oil ACCTS) (INS, OP%) | 250 | 250 | | | | |
| 2. | 250 | 250 | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | 250 | 250 | | | | |

\* Payment Requires Court Approval.

MOR-4

Revised 6/1/96

CASE NAME: WM Properties, Ltd.
c/o Rosseo Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# AGING OF POST-PETITION LIABILITIES
MONTH Sept.

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0 | 0 | 0 | 0 | 0 | 0 (To Fund Dip Accts) |
| 31-60 | 250 | 0 | 0 | 0 | 0 | 250 |
| 61-90 | 0 | 0 | 0 | 0 | 0 | 0 |
| 91+ | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 250 | 0 | 0 | 0 | 0 | 250 |

# AGING OF ACCOUNTS RECEIVABLE

| MONTH | August | Sept |
|---|---|---|
| 0-30 DAYS | 0 | 0 |
| 31-60 DAYS | 0 | 0 |
| 61-90 DAYS | 0 | 0 |
| 91+ DAYS | 0 | 0 |
| TOTAL | 0 | 0 |

MOR-5

CASE NAME: WM Properties, Ltd.  
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# STATEMENT OF INCOME (LOSS)

| MONTH | August | Sept | | | | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 4527 | 4906 | | | | |
| TOTAL COST OF REVENUES | 0 | 0 | | | | |
| GROSS PROFIT | 4527 | 4906 | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | 0 | 0 | | | | |
| General & Administrative | 0 | 0 | | | | |
| Insiders Compensation | 0 | 0 | | | | |
| Professional Fees | 0 | 0 | | | | |
| Other (attach list) | 0 | 0 | | | | |
| TOTAL OPERATING EXPENSES | 0 | 0 | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 4527 | 4906 | | | | |
| INTEREST EXPENSE | 4585 | 1394 | | | | |
| DEPRECIATION (AMORTIZATION) | 523 | 523 | | | | |
| OTHER (INCOME) EXPENSE* (LOAN FEE) | 0 | 0 | | | | |
| OTHER ITEMS** | 0 | 0 | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | 5108 | 1917 | | | | |
| NET INCOME BEFORE TAXES | (581) | 2989 | | | | |
| FEDERAL INCOME TAXES | 0 | 0 | | | | |
| NET INCOME (LOSS) (MOR-1) | (581) | 2989 | | | | |

*Accrual Accounting Required, Otherwise Footnote With Explanation*  
\* *Footnote Mandatory*  
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote*

MOR-6

Revised 6/14/96

CASE NAME: WM Properties, Ltd.
c/o Rosco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 78 | 270 | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 4587 | 4906 | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0 | 0 | | | | | |
| 4. LOANS & ADVANCES (attach list) To Fund Op Accts | 250 | 0 | | | | | |
| 5. SALE OF ASSETS (Bask-Ins 1940) | 0 | 0 | | | | | |
| 6. OTHER (attach list) | 0 | 0 | | | | | |
| TOTAL RECEIPTS | 4777 | 4906 | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | 0 | 0 | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0 | 0 | | | | | |
| 8. PAYROLL TAXES PAID | 0 | 0 | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 0 | 0 | | | | | |
| 10. SECURED / RENTAL / LEASES | 0 | 0 | | | | | |
| 11. UTILITIES | 0 | 0 | | | | | |
| 12. INSURANCE | 0 | 0 | | | | | |
| 13. INVENTORY PURCHASES | 0 | 0 | | | | | |
| 14. VEHICLE EXPENSES | 0 | 0 | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 0 | 0 | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0 | 0 | | | | | |
| 17. ADMINISTRATIVE & SELLING | 0 | 0 | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0 | 0 | | | | | |
| 18. OTHER (attach list) | 0 | 0 | | | | | |
| 19. PROFESSIONAL FEES | 0 | 0 | | | | | |
| 20. U.S. TRUSTEE FEES | 0 | 0 | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) INT. | 4585 | 1394 | | | | | |
| TOTAL DISBURSEMENTS | 4585 | 1394 | | | | | |
| 22. NET CASH FLOW | 192 | 3512 | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 270 | 3782 | | | | | |

✱ INTEREST EXP. TO PACIFIC MERCANTILE BANK (3 MONTHS)

MOR-7
*Applies to Individual debtor's only.
Revised 6/14/95

CASE NAME: WM Properties, Ltd.
c/o Rossco Holdings, Inc.

CASE NUMBER: 10-60918-RBK

# CASH ACCOUNT RECONCILIATION
## MONTH OF Sept.

| BANK NAME | WELLS FARGO | WELLS FARGO | WELLS FARGO | | TOTAL |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #9245844262 | #8226116856 | #9245844270 | | |
| ACCOUNT TYPE | OPERATING | DEPOSITORY | TAX | ~~OTHER FUNDS~~ | |
| BANK BALANCE | 106 | 3548 | 128 | | 3782 |
| DEPOSIT IN TRANSIT | 0 | 0 | 0 | | 0 |
| OUTSTANDING CHECKS | 0 | 0 | 0 | | 0 |
| ADJUSTED BANK BALANCE | 106 | 3548 | 128 | | 3782 |
| BEGINNING CASH - PER BOOKS | 100 | 4906 | 128 | | |
| RECEIPTS | 1400 | 42 | 0 | | 270 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | <1400> | 0 | | 4906 |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0 | 0 | | 0 |
| CHECKS/OTHER DISBURSEMENTS | 1394 | 0 | 0 | | 1394 |
| ENDING CASH - PER BOOKS | 106 | 3548 | 128 | | 3782 |

MOR-8

Revised 6/14/96

CASE NAME: WM Properties, Ltd. c/o Rosseo Holdings, Inc.  
CASE NUMBER: 10-60918-RBK

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL INSIDERS (MOR-1) | 0 | 0 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH August | MONTH Sept | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 0 | 0 | | | | | |

MOR-9

Revised 8/14/96